UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Linda Gifford, William McConnell, and Ryan Crescenzo on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>-v-<br><br>Target Corporation,<br><br>      Defendant. | Court File No. 10-cv-01194 (ADM/RLE)<br><br>**NOTICE OF MOTION TO SEEK PROTECTIVE ORDER** |

PLEASE TAKE NOTICE that on July 1, 2010 at 10:00 AM. in Courtroom 3 of the United States District Court, 515 West First Street, 417 Federal Building, Duluth, Minnesota, before the Honorable Chief Magistrate Judge Raymond Erickson, Plaintiffs, by and through counsel, will move the Court for a Protective Order.

Dated: May 28, 2010     HALUNEN & ASSOCIATES.

              By: /s Clayton D. Halunen   .
              Clayton D. Halunen, #219721
              Joni M. Thome, #232087
              Shawn J. Wanta, # 389164
              1650 IDS Center
              80 South Eighth Street
              Minneapolis, MN 55402
              Telephone: (612) 605-4098
              Facsimile: (612) 605-4099

              -and-

Charles E. Schaffer
LEVIN FISHBEIN SEDRAN & BERMAN
510 Walnut Street - Suite 500
Philadelphia, PA 19106
Telephone: (215) 592-1500
Facsimile: (215) 592-4663
**ATTORNEYS FOR PLAINTIFFS**