**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Linda Gifford, William McConnell, and Ryan Crescenzo on behalf of herself and all others similarly situated, | Court File No. 10-CV-1194 (ADM/RLE) |
| Plaintiff, | **PLACEHOLDER FOR DEFENDANT'S NOTICE OF MOTION TO STRIKE AMUNDSON AFFIDAVIT** |
| v. | |
| Target Corporation, | |
| Defendant. | |

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's Office:

*[list item(s) for which this notice serves as a placeholder in ECF]*
*(e.g.:  Exhibit A - Photo of Airplane)*

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

___ Voluminous Document* (Document number of order granting leave to file conventionally: ___ )

___ Unable to Scan Documents (e.g., PDF file size of one page larger than 2MB, illegible when scanned)

___ Physical Object (description):

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

 X  Item Under Seal pursuant to a court order* (Document number of protective order: _19_ )

___ Item Under Seal pursuant to the Fed. R. Civ. P. 5.2 and Fed. R. Crim. P. 49.1
     (Document number of redacted version: ___ )

____ Other (description):

ND: 4830-5114-0614

\* Filing of these items requires Judicial Approval.

E-file this place holder in ECF in place of the documents filed conventionally.  File a copy of this Placeholder and a copy of the NEF with the Clerk's Office along with the conventionally filed item(s).

Dated:  June 4, 2010              NILAN JOHNSON LEWIS, PA

By s/ Joseph G. Schmitt
    Joseph G. Schmitt          Reg. No. 231447
    Mark J. Girouard          Reg. No. 302880
    400 One Financial Plaza
    120 South Sixth Street
    Minneapolis, Minnesota 55402-1808
    (612) 305-7500

PAUL, HASTINGS, JANOFSKY & WALKER LLP
    Jeffrey D. Wohl (*admitted pro hac vice*)
    Rishi N. Sharma (*admitted pro hac vice*)
    55 Second Street, 24th Floor
    San Francisco, California 94105
    (415) 856-7000

**ATTORNEYS FOR DEFENDANT**