UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Linda Gifford, William McConnell and Ryan Crescenzo on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>Target Corporation,<br><br>　　　　　Defendant. | No. 10-CV-01194 (ADM/LIB)<br><br>**PLACEHOLDER FOR JOINT MOTION TO WITHDRAW NOTICE OF CONSENT TO JOIN LAWSUIT**<br><br>**FILED UNDER SEAL** |

This document is a placeholder for the following item(s) which are filed in conventional or physical form with the Clerk's Office:

1. *Joint Motion to Withdraw Notice of Consent to Join Lawsuit; and*
2. *Exhibit A*

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

___ Voluminous Document* (Document number of order granting leave to file conventionally: ___ )

___ Unable to Scan Documents (e.g., PDF file size of one page larger than 2MB, illegible when scanned)

___ Physical Object (description):

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

 X  Item Under Seal pursuant to a court order* (Document number of protective order: 19)

___ Item Under Seal pursuant to the Fed. R. Civ. P. 5.2 and Fed. R. Crim. P. 49.1
　　　(Document number of redacted version: ___ )

___ Other (description):

* Filing of these items requires Judicial Approval.

ND: 4824-5288-5001

E-file this place holder in ECF in place of the documents filed conventionally.  File a copy of this Placeholder and a copy of the NEF with the Clerk's Office along with the conventionally filed item(s).

Dated: May 26, 2011.                NILAN JOHNSON LEWIS, PA

                                    By: s/Mark J. Girouard
                                        Joseph G. Schmitt, Reg. No. 231447
                                        Mark J. Girouard, Reg. No. 302880
                                        400 One Financial Plaza
                                        120 South Sixth Street
                                        Minneapolis, Minnesota  55402
                                        (612) 305-7500

                                    PAUL, HASTINGS, JANOFSKY & WALKER LLP
                                        Jeffrey D. Wohl
                                        Rishi N. Sharma
                                        55 Second Street, 24th Floor
                                        San Francisco, California  94105
                                        (415) 856-7000

                                    **ATTORNEYS FOR DEFENDANT TARGET CORPORATION**