UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Linda Gifford, William McConnell and Ryan Crescenzo on behalf of themselves and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>Target Corporation,<br><br>　　　　　　Defendant. | No. 10-CV-01194 (ADM/LIB)<br><br>**PLACEHOLDER FOR JOINT MOTION TO DISMISS ACTION WITH PREJUDICE AND WITHDRAW NOTICES OF CONSENT TO JOIN LAWSUIT**<br><br>**FILED UNDER SEAL** |

This document is a placeholder for the following item(s) which are filed in conventional or physical form with the Clerk's Office:

1. *Joint Motion to Dismiss Action with Prejudice and Withdraw Notices of Consent to Join Lawsuit;* and
2. *Exhibit A*

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

___ Voluminous Document* (Document number of order granting leave to file conventionally: ___ )

___ Unable to Scan Documents (e.g., PDF file size of one page larger than 2MB, illegible when scanned)

___ Physical Object (description):

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

 X  Item Under Seal pursuant to a court order* (Document number of protective order: 19)

___ Item Under Seal pursuant to the Fed. R. Civ. P. 5.2 and Fed. R. Crim. P. 49.1
　　　(Document number of redacted version: ___ )

___ Other (description):

* Filing of these items requires Judicial Approval.

ND: 4839-4755-3034

E-file this place holder in ECF in place of the documents filed conventionally.  File a copy of this Placeholder and a copy of the NEF with the Clerk's Office along with the conventionally filed item(s).

Date:  September 7, 2011  NILAN JOHNSON LEWIS PA


By:  s/ Joseph G. Schmitt
Joseph G. Schmitt (Reg. No. 231447)
400 One Financial Plaza
120 South Sixth Street
Minneapolis, MN 55402-4501
612.305.7500
jschmitt@nilanjohnson.com

PAUL HASTINGS LLP
Jeffrey D. Wohl (admitted pro hac vice)
Rishi N. Sharma (admitted pro hac vice)
55 Second Street, 24th Floor
San Francisco, California 94105
(415) 856-7000

**ATTORNEYS FOR DEFENDANT TARGET CORPORATION**