UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Linda Gifford, William McConnell and Ryan Crescenzo on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>Target Corporation,<br><br>        Defendant. | No. 10-CV-01194 (ADM/LIB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ACTION WITH PREJUDICE AND WITHDRAW NOTICES OF CONSENT TO JOIN LAWSUIT** |

On the joint motion of named and putative opt-in plaintiffs James Boyle, Ryan Crescenzo, Jennifer Marie Engel, John Fanning, Linda Gifford, Jason Harris, Danielle Lynn LaFever, William McConnell, Nancy J. Novak, and Jason D. Reisbick ("Plaintiffs") and defendant Target Corporation to withdraw Plaintiffs' Notices of Consent to Join Lawsuit (filed variously as Docket Nos. 32, 58, 71, 105, 108, 113, 117, 131, and 150), and good cause appearing therefor,

IT IS ORDERED:

1. The Settlement Agreement between the parties be and hereby is approved as a *bona fide* compromise of claims under the Fair Labor Standards Act.

2. Plaintiffs' Notices of Consent to Join Lawsuit be and hereby are withdrawn.

3. The action be and hereby is dismissed with prejudice, each side to bear its own costs and attorneys' fees.

Dated: September 14, 2011        s/Ann D. Montgomery
                                              The Honorable Ann D. Montgomery
                                              United States District Judge

ND: 4816-2770-9962